PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Isaiah Hargrove     Cr.: 20-00706-001
    PACTS #: 6547663

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/21/2020

Original Offense:    Count One: Conspiracy to Distribute 40 grams or more of Fentanyl and 100 grams or more of Heroin
                     Count Two: Distribution of Fentanyl

Original Sentence: 40 months imprisonment, 24 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Prohibition on Gangs/Criminal Association, Life Skills Counseling

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/28/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 6, 2022, the Individual Under Supervision (IUS) provided a urine sample which tested positive for THC. He admitted to using marijuana on October 5, 2022, and signed an admission form. |

U.S. Probation Officer Action:
The probation office has referred the IUS for a substance abuse evaluation and the IUS has agreed to follow the treatment recommendations resulting from the evaluation.

The probation office will continue to collect random urine tests and will notify the Court if his drug use continues.

Prob 12A – page 2
Isaiah Hargrove

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick Hattersley/SGM*

By: PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

X

_____  10/17/2022
SUZANNE GOLDA-MARTINEZ      Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

Oct. 17, 2022
_____
Date